PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 08 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

United States of America                )
                                        )
            vs                          )
                                        )
Brandon Carson                          )         Case No. 2:05CR00167-001-RHW

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Brandon Carson, have discussed with Richard B. Law, Pretrial Services/Probation Officer, modification of my release as follows:

You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

I consent to this modification of my release conditions and agree to abide by this modification.

_Brandon Carson_  11-4-05    _[signature]_  11/4/05
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_   11/4/05
Signature of Defense Counsel    Date

[X]   The above modification of conditions of release is ordered, to be effective on  11-7-05.

[ ]   The above modification of conditions of release is not ordered.

_[signature]_    11-7-05
Signature of Judicial Officer    Date