UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>BRANDON CARSON,<br><br>             Defendant. | No. CR-05-167-RHW<br><br>ORDER GRANTING AGREED<br>MOTION TO MODIFY |

The joint Motion to modify conditions of release having been reviewed, and it appearing proper,

**IT IS ORDERED** that the Motion **(Ct. Rec. 35)** is **GRANTED.** The Defendant's conditions of release are **MODIFIED** as follows:

1.  Defendant will be allowed contact with Francis Pakootas, provided that an adult is present during any such contact, and that Defendant not discuss the pending criminal charges with Mr. Pakootas. Laurie Meusy, the Defendant's mother, is deemed a suitable supervisor for said visits.

2.  Defendant shall be allowed to be employed as the in-home caregiver for his disabled brother.

DATED December 1, 2005.

                                      S/ CYNTHIA IMBROGNO
                                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING AGREED MOTION TO MODIFY - 1