UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR-05-167-RHW |
| Plaintiff, | ) | |
| | ) | ORDER FOLLOWING |
| v. | ) | STATUS HEARING AND |
| | ) | DENYING ORAL MOTION |
| BRANDON CARSON, | ) | |
| | ) | |
| Defendant. | ) | |

At the February 14, 2006, status conference to discuss Defendant's progress in substance abuse treatment, Defendant appeared with Assistant Federal Defender Christina Hunt; Assistant U.S. Attorney Ronald W. Skibbie represented the United States.

Defendant orally moved to lift the conditions of home detention. The court finds Defendant has successfully completed inpatient treatment and currently is participating in outpatient treatment. In addition, he is in compliance will all conditions of release.

The Defendant's oral Motion **(Ct. Rec. 40)** is **DENIED**; except that condition No. 1 in this court's Order filed October 20, 2006, is **MODIFIED** to the extent that Defendant may leave the home for 3 hours each week for attendance at spiritual services. Defendant shall continue to participate in outpatient treatment as directed. Defendant shall abide by all other conditions of release set in this court's Orders filed October 20, 2005, November 8, 2005, December 1,

ORDER FOLLOWING STATUS HEARING AND DENYING ORAL MOTION - 1

2005, and January 6, 2006.

**IT IS SO ORDERED**.

DATED February 14, 2006.

```
                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE
```

ORDER FOLLOWING STATUS HEARING AND DENYING ORAL MOTION - 2