UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-05-167-RHW |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION TO MODIFY |
| ) | |
| BRANDON CARSON, ) | |
| ) | |
| Defendant. ) | |

BEFORE THE COURT is Defendant's unopposed Motion to Modify (Ct. Rec. 42). The court has reviewed the Motion and the United States' response. The Defendant's supervising U.S. Probation Officer does not have an objection.

**IT IS ORDERED** that the Motion **(Ct. Rec. 42)** is **GRANTED.** The Defendant shall be allowed to travel to Tacoma and shall stay at Tacoma General Hospital, where his brother is a patient. Defendant shall return to Spokane no later than March 14, 2006, and shall report to U.S. Probation Officer Law as directed.

DATED March 8, 2006.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY - 1