PROB 12C
(7/93)

Report Date: February 15, 2011

# United States District Court

## for the

## Eastern District of Washington

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 15 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon Carson                Case Number: 2:05CR00167-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/21/2006

Original Offense:      Involuntary Manslaughter, 18 U.S.C. § 1112, 1151, and 1153

Original Sentence:     Prison - 48 Months; TSR - 36        Type of Supervision: Supervised Release
                       Months

Asst. U.S. Attorney:   Stephanie A. Van Marter             Date Supervision Commenced: 7/15/2009

Defense Attorney:      Roger James Peven                   Date Supervision Expires: 7/14/2012

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

   **Supporting Evidence**: On February 4, 2011, Brandon Carson was contacted by Colville Tribal Police and found to have been operating a motor vehicle while under the influence of intoxicants and driving while his license was suspended. Subsequently, he was arrested and charged with the above-noted offenses.

2 | **Mandatory Condition #10**: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

   **Supporting Evidence**: On February 4, 2011, Mr. Carson was found to be driving Dominic Eaglebear's truck. Mr. Eaglebear is a convicted felon, who is on federal supervision.

3 | **Special Condition #19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Prob12C
Re: CARSON, Brandon
February 15, 2011
Page 2

<u>Supporting Evidence</u>: On February 4, 2011, Brandon Carson submitted to a blood alcohol content test via breath sample, which revealed his blood alcohol percentage at .210 and .198.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/15/2011

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/15/11
Date